**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7590**

---

GUY LANCASTER RICHMOND,

Plaintiff - Appellant,

versus

WARDEN MOATS, M.C.T.C.; WARDEN SACCHET, R.C.T.C.; CORRECTIONAL DEPARTMENT; STATE OF MARYLAND,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, District Judge. (CA-00-1147-WMN)

---

Submitted: March 22, 2001          Decided: March 28, 2001

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Guy Lancaster Richmond, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guy Lancaster Richmond appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Richmond v. Moats, No. CA-00-1147-WMN (D. Md. filed Oct. 27, 2000; entered Oct. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2